**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**(337) 433-9403**

Carl Moss
In Proper Person
3021 Deaton St.
Lake Charles LA 70601


**REHEARING ACTION: January 30, 2008**


**Docket Number: 07   00800-CA**

**CARL MOSS**
**VERSUS**
**RONALD GIFFORD**

**Appealed from Calcasieu Parish Case No. 2007-276**


**BEFORE JUDGES:**

   **Hon. Sylvia R. Cooks**
   **Hon. Marc T. Amy**
   **Hon. Elizabeth A. Pickett**



As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Carl Moss** has this day been

   **DENIED.**
   Cooks, J., would grant.







cc: Winfred Thomas Barrett  III, Counsel for the Appellee